_____

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: December 28, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:

MYRTIS LOREAN ANDERSON
AND CLINTON SEA ANDERSON,

Debtor(s).

Chapter 13

Case No. 15-03085-ee

### AGREED ORDER
### DOCKET #30

THIS DAY this cause came on to be heard on the Objections to Confirmation of Chapter 13 Plan and the parties having reached an agreement as to said Objections, and the Court being fully advised of same, and finding that it has jurisdiction of the parties and of the subject matter, finds that the agreement should be incorporated into the order as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED:

(A)  that the arrearage claim of Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 shall be paid in the amount of $42,795.31 representing pre-petition payments from February, 2011 through October, 2015 plus pre-petition fees and charges;

(B)  that the arrearage claim of Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 shall be paid throughout

the remaining term of the Bankruptcy;

 (C) that the post petition payments shall be paid beginning with the November 1, 2015 payment in the amount of $712.35;

 (D) that the Debtor(s)' plan shall be amended to reflect said amount and the wage order increased, if necessary, to provide for the payment of said amount over the life of the plan.

##END OF ORDER##

PREPARED AND PRESENTED BY:

/s/ Merideth J. Drummond
Merideth J. Drummond
WILSON ADAMS & EDENS
A Professional Association
Post Office Box 320909
Flowood, MS 39232
(601) 825-9508
Mississippi Bar No. 99145

AGREED AND APPROVED

Wesley Thomas Evans,
Attorney for Debtors

Harold J. Barkley, Jr.,
Chapter 13 Trustee